**STATE of Missouri, Respondent,**

v.

**Sharon L. LINDSAY, Appellant.**

**No. WD 36297.**

Missouri Court of Appeals,
Western District.

Aug. 27, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and
Denied Oct. 1, 1985.

Application to Transfer Denied
Nov. 21, 1985.

Sean D. O'Brien, David S. Durbin, Mike Wilson (Certified Law Intern), Kansas City, for appellant.

William L. Webster, Philip M. Koppe, Kansas City, for respondent.

Before CLARK, C.J., and KENNEDY and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of two counts of forgery and consecutive five-year sentences on each count.

Judgment affirmed. Rule 30.25(b).

## ORDER

PER CURIAM:

Appeal from judgment in an action for replevin.

Judgment affirmed. Rule 84.16(b).

All concur.

**Rosemary JACKSON, Appellant,**

v.

**Stanley R. DYMOND, Sr., Respondent.**

**No. WD 36312.**

Missouri Court of Appeals, Western District.

Aug. 27, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 1, 1985.

Kim Loving, St. Joseph, for appellant.

Theodore M. Kranitz, Kranitz & Kranitz, St. Joseph, for respondent.

Before SHANGLER, P.J., and TURNAGE, and BERREY, JJ.

**Oliver VALIANT and Christine Valiant, Plaintiffs-Appellants,**

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Defendant-Respondent.**

**No. 49016.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 27, 1985.

Rehearing Denied Oct. 3, 1985.